THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CODY MERTZ,                                :
                                           :
            Plaintiff,                     :
                                           :
      v.                                   :   3:20-CV-690
                                           :   (JUDGE MARIANI)
MID-CENTURY INSURANCE COMPANY              :
                                           :
            Defendant.                     :

## ORDER

AND NOW, THIS 23rd DAY OF DECEMBER, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 26) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 26) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 9) is **DENIED**.

_____
Robert D. Mariani
United States District Judge